STATE OF WISCONSIN    CIRCUIT COURT    WALWORTH COUNTY
FAMILY COURT BRANCH

---

In re the marriage of:

KATHI JO STEBNITZ,

    Petitioner,

and

DANIEL J. STEBNITZ,

    Respondent.

**ORDER**

Case No. 2008-FA-210

FILED
CIRCUIT COURT
JAN 7 2013
Clerk of Courts - Walworth Co.

---

The above-captioned matter having come on for hearing before the Honorable Thomas F. Meyer, Walworth County Assistant Family Court Commissioner on December 14, 2012, upon the Respondent's Motion for Revision of Judgment, the appearances being the Petitioner in person and by her attorneys, Leece & Phillips, S.C. by Attorney Kelly Nickel and the Respondent in person and by his attorneys, Wassel, Harvey & Schuk, LLP, by Attorney Steven R. Wassel.

Upon the stipulations put on the record affirmed by the parties, the Court does hereby order the following:

1. The Respondent shall convey his fractional interest in real estate owned by him in Lincoln County, Wisconsin in equal shares to the parties' adult children without expense to the Petitioner, on or before December 31, 2012.
2. The amount due the Petitioner from the Respondent for property division from the Judgment of Divorce, is determined to be $119,520.00.
3. The Respondent shall pay the foregoing amount to the Petitioner, without interest, in monthly installments of $800.00, with the first such payment to be paid on January 1, 2013, and on the same date of each month thereafter, until paid in full.
4. The Respondent shall pay a contribution to the Petitioner's attorney fees of one thousand dollars, to be paid directly to the Petitioner's attorney, at the rate of $100.00 per month, commencing January 1, 2013, and payable at the same rate on the same date of each month thereafter, until paid in full.

5. The parties have engaged in a method of in-kind benefits from the Respondent to the Petitioner, to reduce the amounts due. Such practice may continue by mutual agreement between the parties, which shall be in writing.
6. The Petitioner's contempt motion is hereby withdrawn, at no expense to any party.
7. All other provisions of the Judgment of Divorce, including, but not limited to life insurance, not specifically modified herein, shall remain in full force and effect.

Dated this 7 day of ~~December, 2012~~ Jan 2013.

_____
Honorable Thomas F. Meyer
Walworth County Asst. Family Court Commissioner


Wassel, Harvey & Schuk, LLP
1034D Ann Street
P.O. Box 524
Delavan, WI 53115
(262) 728-0700
(FAX) 728-0300