## AMENDMENT TO MEMBERS' OPERATING AGREEMENT

WHEREAS, the parties hereto executed a Members' Operating Agreement on or about April 12, 2005; and

WHEREAS, the parties are desirous of amending said Agreement.

NOW THEREFORE, the Members Operating Agreement is hereby amended as follows:

1. Daniel Stebnitz does hereby convey his ownership interest to his beneficiaries set forth in Exhibit "D" in equal shares, as though he had died, pursuant to Article 18 of the original Agreement.
2. Those persons denominated in Exhibit "D" shall, within nine months, execute a duplicate copy of the Members' Agreement, designate their own beneficiaries, and designate a manager.

12/31/12
Date

_[signature]_
Daniel J. Stebnitz

12/31/12
Date

_[signature]_
David S. Stebnitz

12/31/12
Date

_[signature]_
Gary C. Stebnitz

STATE OF WISCONSIN)
                  )ss
COUNTY OF WALWORTH)

Personally came before me this 31st day of December, 2012, the above named Daniel J. Stebnitz, David S. Stebnitz and Gary C. Stebnitz, to me known to be the persons who executed the foregoing instrument and acknowledge the same.

_[signature]_
Notary Public, Walworth County, WI
My commission: expires 3-10-2013