UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
COURT MINUTES

| | |
|---|---|
| CHAPTER | 7 |
| DATE: | March 17, 2015 |
| JUDGE: | Margaret Dee McGarity |
| CASE NO.: | 13-32097-MDM |
| DEBTOR: | Daniel J. Stebnitz |
| ADV. NO.: | 15-2016 |
| ADV.: | Michael F. Dubis, Chapter 7 Trustee v. Joshua B. Stebnitz, Nicole M. Salazar, Molly J. Stebnitz and Kathi J. Stebnitz |
| NATURE OF HEARING: | Preliminary pretrial conference. |
| APPEARANCES: | Susan Allen, Attorney for Plaintiff |
| | Anton Nickolai, Attorney for Defendants |
| | Nathan Jurowski, Attorney for Intervenor (Debtor) |
| COURTROOM DEPUTY: | Carolyn A. Belunas |
| TIME: | 11:46 - 12:01 pm |

The court granted the debtor's motion to intervene as a party defendant because he may have an economic interest in the outcome of this proceeding. Mr. Jurowski will submit an order.

The parties requested additional time to conduct discovery.

This hearing is adjourned to May 19, 2015, at 11:15 am, via telephone. The court will initiate the conference call. If this matter is resolved the parties should notify the court.