UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
COURT MINUTES & ORDER

| | |
|---|---|
| CHAPTER | 7 |
| DATE: | May 19, 2015 |
| JUDGE: | Margaret Dee McGarity |
| CASE NO.: | 13-32097-MDM |
| DEBTOR: | Daniel J. Stebnitz |
| ADV. NO.: | 15-2016 |
| ADV.: | Michael F. Dubis, Chapter 7 Trustee v. Joshua Stebnitz, Nicole M. Salazar, Molly J. Stebnitz and Kathy J. Stebnitz and Debtor (Intervenor) |
| NATURE OF HEARING: | Adjourned (from 3/17/15) preliminary pretrial conference. |
| APPEARANCES: | Lawrence Clancy, Attorney for Plaintiff |
| | Susan Allen, Attorney for Plaintiff |
| | Anton Nickolai, Attorney for Non-Debtor Defendants |
| | Nathan Jurowski, Attorney for Intervenor (Debtor) |
| COURTROOM DEPUTY: | Carolyn A. Belunas |
| TIME: | 11:30 - 11:35 am |

Mr. Jurowski will submit an order granting the debtor's motion to intervene as a party defendant.

The plaintiff will file a motion for summary judgment by July 20, 2015. The deadline for the non-debtor defendants and intervenor to respond to the motion is August 20, 2015. Optional rebuttal is due by September 1, 2015.

The court will decide it thereafter, either by scheduling a hearing to issue its oral ruling or by issuing a written decision.

SO ORDERED.
May 20, 2015

Margaret Dee McGarity
United States Bankruptcy Judge