UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
_____

In re:

Daniel J. Stebnitz,
    Debtor

Case No. 13-32097 MDM
Chapter 7

_____

Michael F. Dubis, Trustee in Bankruptcy,

    Plaintiff

    v.

Joshua B. Stebnitz, Nichole M. Salazar,
Molly J. Stebnitz, and Kathi J. Stebnitz,

    Defendants

Adversary No. 15-02016-MDM

_____

PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
_____

Pursuant to Rule 7056 of the Federal Rules of Bankruptcy Procedure and Federal Rule of Civil Procedure 56, Adversary Plaintiff, Michael F. Dubis, moves the Court to grant summary judgment in his favor, avoiding the transfer of Debtor's membership interest in Spirit Valley Camp, LLC, and preserving the Debtor's interest as part of the bankruptcy estate.

The basis for this motion is set forth in Plaintiff's Brief in Support of Motion for Summary Judgment, which is being submitted to the Court simultaneously with this motion.

Lawrence Clancy
Stafford Rosenbaum LLP
1200 North Mayfair Road, Suite 430
Milwaukee, WI 53226-3282
Phone: 414.982.2878
Fax: 414.982.2889
lclancy@staffordlaw.com

L:\DOCS\025771\000003\MOT\3796360.DOCX
0717151450

Dated: July 17, 2015.

By  /s/ Lawrence Clancy
Michael F. Dubis, Trustee, by his attorney
Lawrence Clancy
State Bar Number 1007530
Susan K. Allen
State Bar Number 1056757

1200 North Mayfair Road
Suite 430
Milwaukee, Wisconsin 53226-3282
lclancy@staffordlaw.com
sallen@staffordlaw.com
414.982.2850