UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In RE:   DANIEL J. STEBNITZ<br>         Debtor. | Chapter 7 Bankruptcy<br>Case No.: 13-32097-BEH |

MICHAEL F. DUBIS, TRUSTEE IN BANKRUPTCY
208 E. Main Street
Waterford, WI 53185

    Plaintiff,

v.	Adversary No.:15-02016-BEH

JOSHUA B. STEBNITZ,
NICHOLE M. SALAZAR,
MOLLY J. STEBNITZ, and
KATHI J. STEBNITZ,

    Defendants.

**DEBTOR'S OBJECTION TO THE PROPOSED ORDER ON THE STIPULATION FILED ON JANUARY 15, 2016**

NOW COMES the Debtor and Co-Defendant Intervenor, Daniel J. Stebnitz, by his attorneys ,RIZZO & DIERSEN, S.C., by Attorney Piermario Bertolotto, and hereby objects to the Proposed Order on Stipulation submitted by Attorney Lawrence Clancy, Attorney for Trustee Dubis, on the Stipulation filed between Michael F. Dubis as Trustee for the Bankruptcy Estate of Daniel J. Stebnitz, Plaintiff, and Joshua B. Stebnitz, Nichole M. Salazar, Molly J. Stebnitz, and Kathi J. Stebnitz, Defendants on the following grounds:

    1.    The Debtor filed a Chapter 7 Bankruptcy on September 10, 2013;

    2.    The adversary case was filed on January 9, 2015, by Trustee' Michael F. Dubis;

3. The Motion to Intervene and Answer was filed on February 11, 2015;

4. The Order allowing the Debtor to Intervene as a Defendant was filed on May 27, 2015;

5. The Non-Debtor Co-Defendants can stipulate and get out of this case; however, the Intervenor Defendant's rights in the case have not been stipulated to;

6. The proposed Order on the Stipulation dated January 15, 2016, proposes that the conveyance that occurred on December 31, 2012, of the 1/3 interest in Spirit Valley Camp, LLC, be null and void, and that the Non-Debtor defendants shall take steps to convey said interest to the Trustee;

7. The Debtor Defendant has not stipulated to those actions in this case; intends to continue to mediation, and advance his interest in this matter as a Co-Defendant and Intervenor; and the entry of the proposed Order, as drafted, directly interferes with the Debtor Defendant's rights and ability to assert his defenses to the allegations in the Complaint.

WHEREFORE, the Co-Defendant and Intervenor respectfully requests that this matter be set for a hearing.

Dated this 19th day of January, 2016.

RIZZO & DIERSEN, S.C.
Attorneys for Debtor

By: _____
Piermario Bertolotto
State Bar No.: 1044687

RIZZO & DIERSEN, S.C.
Attorneys at Law
3505 - 30th Avenue
Kenosha, WI 53144
Phone: (262)652-5050
Fax:   (262)652-5053

Case 15-02016-beh    Doc 41    Filed 01/19/16    Page 2 of 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In RE: DANIEL J. STEBNITZ<br><br>Debtor. | Chapter 7 Bankruptcy<br>Case No.: 13-32097-BEH |

**MICHAEL F. DUBIS, TRUSTEE IN BANKRUPTCY**
208 E. Main Street
Waterford, WI 53185

      Plaintiff,

v.                                           Adversary No.:15-02016-BEH

**JOSHUA B. STEBNITZ,**
**NICHOLE M. SALAZAR,**
**MOLLY J. STEBNITZ, and**
**KATHI J. STEBNITZ,**

      Defendants.

## AFFIDAVIT OF MAILING

STATE OF WISCONSIN )
                          ) ss
COUNTY OF KENOSHA )

      I, Carolynn M. Frazer, being first duly sworn on oath, depose and say that I mailed or transmitted via CM/ECF a true copy of the **DEBTOR'S OBJECTION TO THE PROPOSED ORDER ON THE STIPULATION FILED ON JANUARY 15, 2016,** in the above-entitled action, to the person(s) named and at the addresses stated hereinafter, by enclosing the same in an envelope which was postpaid for first class handling, which bore the sender's return address of RIZZO & DIERSEN, S.C. 3505 30th Avenue, Kenosha, WI 53144, and which was mailed in Kenosha, Wisconsin, on January 19, 2016.

| **NOTICE VIA CM/ECF:** | **NOTICE VIA FIRST CLASS MAIL:** |
|---|---|
| U.S. Trustee Eastern District | Molly Stebnitz<br>324 S. Terrace Street |
| Michael Dubis, Trustee | Delavan, WI 53115 |
| Anton Nickolai, Esq. | Joshua Stebnitz<br>2649 Lake Wood Drive |
| Lawrence Clancy, Esq. | Dyer, IN 46311 |
| Susan K. Allen, Esq. | Nichole Salazar<br>52 Turnbridge Dr.<br>Lumberton, NJ 08048 |

Kathi Stebnitz
324 S. Terrace St.
Delavan, WI 53115

Daniel J. Stebnitz
W7705 Creek Road
Delavan, WI 53115

Dated this 19th day of January, 2016.

_____
Carolynn M. Frazer

Subscribed and Sworn to before me
this 19 day of January, 2016.

_____
Notary Public,
Kenosha County, State of Wisconsin
My Commission is permanent.

RIZZO & DIERSEN, S.C.
Attorneys at Law
3505 - 30th Avenue
Kenosha, WI 53144
Tel: (262)652-5050
Fax: (262)652-5053

Case 15-02016-beh    Doc 41    Filed 01/19/16    Page 4 of 4